PROB 12C
(6/16)

Report Date: August 9, 2018

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 10, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Arthur Frankie Gomez          Case Number: 0980 2:15CR00055-SAB-1

Address of Offender:          Omak, Washington 98841

Name of Sentencing Judicial Officer:  The Honorable Richard F. Cebull, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: November 18, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846, 81(b)(1)(A) | | |
| Original Sentence: | Prison - 78 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: | December 16, 2014 |
| Defense Attorney: | TBD | Date Supervision Expires: | December 15, 2019 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.<br><br>**Supporting Evidence**: Mr. Gomez violated his conditions of supervised release by possessing a firearm on June 29, 2018.<br><br>On December 16, 2014, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision as outline in the Judgement and Sentence with Mr. Gomez, and he signed a copy acknowledging the requirements.<br><br>The report from the Coville Tribal Police Department in Omak, Washington, dated June 29, 2018, reveals an officer made contact with Mr. Gomez at the local hospital as he suffered a gunshot wound to his hand. Mr. Gomez initially told the officer he did not want to speak with him but later advised he had shot himself in the hand causing a wound to his pinky finger on his left hand. He confirmed he possessed the weapon due to hearing coyotes in the pasture near their horses and dogs. He was worried about their safety, leading to the possession of the gun. |

Prob12C
Re: Gomez, Arthur Frankie
August 9, 2018
Page 2

    This officer spoke with Mr. Gomez on July 5, 2018, and he disclosed he shot off part of his pinky finger. He admitted he possessed a firearm on June 29, 2018, a .380 semiautomatic handgun and when he was trying to make sure the gun was safe it went off and struck his pinky finger on his left hand.

2    **Standard Condition # 11**: The defendant shall not notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

    **Supporting Evidence**: Mr. Gomez violated his term of supervised release by failing to report his contact with law enforcement within a 72 hour time frame.

    On December 16, 2014, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision as outline in the Judgement and Sentence with Mr. Gomez, and he signed a copy acknowledging the requirements.

    Mr. Gomez was contacted by local law enforcement and questioned about the firearm incident on June 29, 2018. Mr. Gomez called this officer on July 5, 2018, to report the incident and his contact with law enforcement.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 9, 2018

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

08/10/2018
Date