PROB 12C
(6/16)

Report Date:  February 20, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Arthur Frankie Gomez          Case Number: 0980 2:15CR00055-SAB-1

Address of Offender:                    Omak, Washington 98841

Name of Sentencing Judicial Officer:  The Honorable Richard F. Cebull, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: November 18, 2010

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846, 81(b)(1)(A) | |
| Original Sentence: | Prison - 78 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlyn A. Baunsgard | Date Supervision Commenced: December 16, 2014 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: December 15, 2019 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: Mr. Gomez violated his conditions of supervised release by failing to contact this officer as directed on November 28, 2018; January 24, and February 6, 2019.

On December 16, 2014, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision as outlined in the Judgement and Sentence with Mr. Gomez, and he signed a copy acknowledging the requirements.

This officer conducted home visits on November 28, 2018; January 24, and February 6, 2019, attempting to speak with Mr. Gomez.  He was unavailable and this officer left a business card directing him to contact the undersigned on the aforementioned dates.

On February 6, 2019, this officer also attempted to contact Mr. Gomez at his place of employment.  This officer was told it was his day off but confirmed with the offender's supervisor that he is still employed.  This officer provided the supervisor with a business card and requested she give the offender the card and have Mr. Gomez contact this officer.

Prob12C
**Re: Gomez, Arthur Frankie**
**February 20, 2019**
**Page 2**

This officer called Mr. Gomez' employer on February 11, 2019, and was able to speak with him. Mr. Gomez said he received my card and messages but had been really busy.

2    **Special Condition #1**: Defendant shall participate in substance abuse testing, to include not more than 104 urinalysis tests and not more than 104 breathalyzer tests annually during the period of supervision. The defendant is to pay all or part of the costs of testing as determined by the United States Probation Office.

**Supporting Evidence**: Mr. Gomez violated his conditions of supervised release by failing to attend his random urinalysis testing at Okanogan Behavioral Health Care on the following dates: November 7 and 26, 2018; December 2 and 27, 2018; January 14, 29, and February 13, 2019.

On December 16, 2014, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision as outline in the Judgement and Sentence with Mr. Gomez, and he signed a copy acknowledging the requirements.

Mr. Gomez failed to attend his random urine test at Okanogan Behavioral Health Care on the following dates: November 7 and 26, 2018; December 2 and 27, 2018; January 14, 29, and February 13, 2019.

3    **Standard Condition # 9**: The defendant shall not associate with a person engaged in criminal activity and shall not associate with any person convicted of a felon, unless granted permission to do so by the probation officer.

**Supporting Evidence**: Mr. Gomez violated his conditions of supervised release by having contact with a convicted felon without first obtaining permission from the supervising probation officer.

On December 16, 2014, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision as outline in the Judgement and Sentence with Mr. Gomez, and he signed a copy acknowledging the requirements.

On January 24, 2019, this officer attempted to contact Mr. Gomez at his home. A male who identified himself as Kyle Nicholson was on the porch of the home. He indicated he was Mr. Gomez' girlfriend's brother and advised he was a convicted felon. He stated he had been at the home for about a week and planned to return to Keller, Washington. He stated he was convicted of a drug charge in Washington, and completed his term of state probation.

On February 6, 2019, this officer again attempted to contact Mr. Gomez at his residence without success. Mr. Nicholson was at the residence again.

Contact with the local Washington State Department of Corrections office reveals Mr. Nicholson is a convicted felon, with his most recent conviction for possession of a controlled substance. Mr. Nicholson concluded his term of state supervision on September 11, 2018.

On February 11, 2019, Mr. Gomez advised Mr. Nicholson had been living in the home for about a month, but he did not know he was a convicted felon.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

**Prob12C**
**Re: Gomez, Arthur Frankie**
**February 20, 2019**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 20, 2019
                _____

                s/Stephen Krous
                _____

                Stephen Krous
                U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    Other

_____
Signature of Judicial Officer

02/21/2019
_____
Date