Report Date: April 30, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Arthur Frankie Gomez      Case Number: 0980 2:15CR00055-SAB-1

Address of Offender:      Omak, Washington 98841

Name of Sentencing Judicial Officer: The Honorable Richard F. Cebull, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: November 18, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846, 81(b)(1)(A) |
| Original Sentence: | Prison - 78 months; TSR - 60 months     Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard     Date Supervision Commenced: December 16, 2014 |
| Defense Attorney: | Amy H. Rubin     Date Supervision Expires: December 15, 2019 |

---

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 02/20/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #1**: Defendant shall participate in substance abuse testing, to include not more than 104 urinalysis test and not more then 104 breathalyzer tests annually during the period of supervision. The defendant is to pay all or part of the cost of testing as determined by the United States Probation Office. |

**Supporting Evidence**: Mr. Gomez has violated his conditions of supervised release by failing to call the color line daily and failing to attend his random urinalysis testing at Okanogan Behavioral Health Care (OBHC) on the following dates: March 13, and 27, and April 11, and 23, 2019.

On December 16, 2014, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision as outlined in the judgement and sentence with Mr. Gomez, and he signed a copy acknowledging the requirements.

On March 8, 2019, during a home visit, Mr. Gomez was reminded, as a condition of his supervision, he is to call the urine testing color line everyday and if his color is called, then he is to provide a random urine test that same day at OBHC. Mr. Gomez has failed to call the color line daily and failed to provide random urine samples on the following dates: March 13 and 27, and April 11, and 23, 2019.

5      **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Gomez violated his conditions of supervised release by failing to contact this officer as directed on April 18, 2019.

On December 16, 2014, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision as outlined in the judgement and sentence with Mr. Gomez, and he signed a copy acknowledging the requirements.

This officer conducted a home visit on April 17, 2019, and attempted to contact Mr. Gomez. No one answered the door after several knocks. This officer left a business card in the door requesting Mr. Gomez contact this officer the following day.

This officer received a text message from Mr. Gomez' girlfriend who said she received my card. She indicated Mr. Gomez was helping her grandfather mend some fencing on the farm and she would have him call me the following day. To date, this officer has not spoken with or received any messages from Mr. Gomez.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   | April 30, 2019
---|---
| s/Stephen Krous
| Stephen Krous
| U.S. Probation Officer

THE COURT ORDERS
[  ]      No Action
[  ]      The Issuance of a Warrant
[  ]      The Issuance of a Summons
[X]      The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ X ]   Defendant to appear before the Judge assigned to the case.
[  ]      Defendant to appear before the Magistrate Judge.
[  ]      Other

Signature of Judicial Officer

April 30, 2019

Date